No. 16,772.

INDUSTRIAL COMMISSION OF COLORADO *v.* COLORADO
AND UTAH COAL COMPANY.
(242 P. [2d] 249)

Decided February 25, 1952.

PER CURIAM.

Judgment affirmed en banc without written opinion.

MR. JUSTICE KNAUSS not participating.

Mr. DUKE W. DUNBAR, Attorney General, Mr. H. LAW-
RENCE HINKLEY, Deputy, Mr. PETER L. DYE, Assistant,
for plaintiff in error Industrial Commission.

Messrs. HOLME, ROBERTS, MORE, OWEN & KEEGAN, for
defendant in error.